IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00676-MSK-BNB

JON ANDERSON,
DON AMARAL,
REYES CALDERON,
STEVE CICCHINI,
MICHAEL CROWN,
JARROD MILLER,
ANTHONY SANCHEZ,
WILLIAM ALAN STOTT, and
JUSTIN TOLLE,

Plaintiffs,

v.

PURE ENERGY SERVICES (USA), Inc., a Colorado corporation,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Plaintiffs' Unopposed Motion for Leave to Amend Complaint and Join Additional Plaintiffs** [docket no. 24, filed July 11, 2011] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept the attached Second Amended Complaint for filing.

DATED: July 13, 2011