IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-00676-MSK-BNB

JON ANDERSON,
DON AMARAL,
REYES CALDERON,
STEVE CICCHINI,
MICHAEL CROWN,
BRET EVES,
JARROD MILLER,
KIP MURRAY,
ANTHONY SANCHEZ,
WILLIAM ALAN STOTT, and
JUSTIN TOLLE,

Plaintiffs,

v.

PURE ENERGY SERVICES (USA), Inc., a Colorado corporation,

Defendant.
_____

**ORDER**
_____

This matter arises on **Plaintiffs' Motion for Leave to File Third Amended Complaint and to Amend Scheduling Order to Permit Such Filing** [Doc. # 32, filed 7/29/2011] (the "Motion to Amend"). I held a hearing on the Motion to Amend this afternoon and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1)  The Motion to Amend [Doc. # 32] is GRANTED; and

(2)  The Clerk of the Court is directed to accept for filing the Third Amended Complaint [Doc. # 32-1].

Dated August 15, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge