IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00676-MSK-BNB

JON ANDERSON,
DON AMARAL,
REYES CALDERON,
STEVE CICCHINI,
MICHAEL CROWN,
TIMOTHY HANSON,
JARROD MILLER,
KIP MURRAY,
ANTHONY SANCHEZ,
WILLIAM ALAN STOTT, and
JUSTIN TOLLE,

Plaintiffs,

v.

PURE ENERGY SERVICES (USA), Inc., a Colorado corporation,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　　This matter is before the Court on the **Plaintiffs' Unopposed Motion for Modification of Scheduling Order to Extend Deadline to Designate Experts** [docket no. 44, filed October 27, 2011] (the "Motion").

　　　IT IS ORDERED that the Motion is GRANTED and the parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **December 1, 2011**.

DATED: October 28, 2011