IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00676-MSK-BNB

JON ANDERSON,
DON AMARAL,
REYES CALDERON,
STEVE CICCHINI,
MICHAEL CROWN,
TIMOTHY HANSON,
JARROD MILLER,
KIP MURRAY,
ANTHONY SANCHEZ,
WILLIAM ALAN STOTT, and
JUSTIN TOLLE,

Plaintiffs,

v.

PURE ENERGY SERVICES (USA), Inc., a Colorado corporation,

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Defendant's Unopposed Motion for Modification of Scheduling Order to Extend Discovery Cut-Off** [docket no. 48, filed December 14, 2011] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the discovery cut-off is extended to and including **January 6, 2012**.

DATED:  December 14, 2011