IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00676-MSK-BNB

JON ANDERSON,
DON AMARAL,
REYES CALDERON,
STEVE CICCHINI,
MICHAEL CROWN,
TIMOTHY HANSON,
JARROD MILLER,
KIP MURRAY,
ANTHONY SANCHEZ,
WILLIAM ALAN STOTT, and
JUSTIN TOLLE,

Plaintiffs,

v.

PURE ENERGY SERVICES (USA), Inc., a Colorado corporation,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiffs' Unopposed Motion to Amend Scheduling Order to Extend the Scheduling of a Pretrial Conference** [docket no. 51, filed February 29, 2012] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. However, Judge Krieger sets her own Pretrial Conferences, so the parties are ordered to call her Chambers at 303/335-2289 the week of March 12, 2012, to alert her Chambers that this matter is ready to schedule a final pretrial conference.

DATED:  March 1, 2012